**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2432**

_____

G. S. HASSAN,

Plaintiff - Appellant,

versus

AT&T CORPORATION; PHILLIS S. PARSON; GEORGE
BEACON; WILLIAM SNEIRSON; MADELINE C. PETTERS;
SNYDER COMMUNICATION L.P.; VINCENT CANDIDA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-1433-A)

_____

Submitted:  January 22, 1998      Decided:  February 3, 1998

_____

Before WIDENER, MICHAEL, and MOTZ,[*] Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

[*] Judge Motz did not participate in consideration of this case.  The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

G. S. Hassan, Appellant Pro Se.  Elizabeth Land Lewis, SEYFARTH, SHAW, FAIRWEATHER & GERALDSON, Washington, D.C.; Philip John Harvey, SHAW, PITTMAN, POTTS & TROWBRIDGE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for appointment of counsel. Although Appellant's appeal of the district court's order denying his motion was interlocutory when filed, it is now ripe because the district court entered final judgment prior to this court's review of the appeal. See Equipment Fin. Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hassan v. AT&T Corp., No. CA-97-1433-A (E.D. Va. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED